1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,, <br><br> Plaintiff, <br><br> v. <br><br> GUADALUPE M. GONZALEZ, et al., <br><br> Defendants. | ) CASE NO: 1:13-cv-02100  AWI JLT <br> ) <br> ) ORDER TO PLAINTIFF TO FILE PROOF OF <br> ) SERVICE AS TO THE UNKNOWN <br> ) DEFENDANTS <br> ) <br> ) <br> ) <br> ) <br> ) |

On December 27, 2013, Plaintiff initiated this declaratory relief action, in short, to quiet title held by Plaintiff as to certain real property.  (Doc. 2 at 8-9)  Plaintiff has obtained entry of default as to all named and known Defendants and is lacking entry of default only as to the "Unknown Defendants." (Docs. 9, 22)  Because the identities and locations of the Unknown Defendants were not ascertainable, on March 6, 2014, the Court ordered service to these Defendants via publication.  (Doc. 21)

Because a proof of service on the Unknown Defendants had not yet been filed, on May 14, 2014, the court required Plaintiff to file a report setting forth the status of service on the Unknown Defendants or to file the proof of service. (Doc. 24)  On May 23, 2014, Plaintiff filed a proof of service by publication. (Doc. 26)  The proof of service demonstrates that publication was directed to the *known* defendants, David Alan Boucher, Pedro Galvan, Guadalupe M. Gonzalez, Saul V. Gonzalez, Olga Laros and Presscott Rosche LLP.  Id.  As noted above, Plaintiff had already filed proofs of service as to these

defendants and has obtained their defaults. (Docs. 4-6, 9, 16-19, 23)

The proof of service does not identify that it seeks to serve the Unknown Defendants or those claiming an interest in the subject real property. (Doc. 26) Indeed, the address of the real property is not included in the publication. Given this, it does not appear that the Unknown Defendants have received notice that this publication was directed to them or that their appearance was required in the litigation. Thus, it is not clear that the Unknown Defendants have been properly served or, if they have been so served, it does not appear that this proof of service establishes this fact.

**ORDER**

Based upon the foregoing, the Court **ORDERS:**

1. No later than **June 6, 2014**, Plaintiff **SHALL** file a proof of service related to the Unknown Defendants, **OR**

2. File a status report indicating why Plaintiff believes the service by publication is sufficient as to the Unknown Defendants, **OR**

3. File a status report indicating Plaintiff will serve the Unknown Defendants via publication as previously authorized (and will include the subject address in the publication).

IT IS SO ORDERED.

Dated:   **May 27, 2014**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE