UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,, <br><br> Plaintiff, <br><br> v. <br><br> GUADALUPE M. GONZALEZ, et al., <br><br> Defendants. | CASE NO: 1:13-cv-02100  AWI JLT <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO ISSUE AMENDED SUMMONS <br><br> ORDER CONTINUING THE SCHEDULING CONFERENCE |

On December 27, 2013, Plaintiff initiated this declaratory relief action, in short, to quiet title held by Plaintiff as to certain real property.  (Doc. 2 at 8-9)  Plaintiff has obtained entry of default as to all named and known Defendants and is lacking entry of default only as to the "Unknown Defendants." (Docs. 9, 22)  Because the identities and locations of the Unknown Defendants were not ascertainable, on March 6, 2014, the Court ordered service to these Defendants via publication.  (Doc. 21)

On May 23, 2014, Plaintiff filed a proof of service by publication.  (Doc. 26)  The proof of service demonstrated that publication was directed to the *known* defendants and did not identify that it sought to serve the Unknown Defendants or those claiming an interest in the subject real property. (Doc. 26) Moreover, the publication failed to list the address of the real property.

Counsel now reports that due to inadvertence, the summons failed to list the Unknown Defendants and that he failed to note that the published notice failed to list the property address.  (Doc.

28 at 2)  Thus, Plaintiff requests the Court issue an amended summons naming the Unknown Defendants and iterates its commitment to ensuring that proper notice is given to these defendants.  Id.

## **ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. The Clerk of the Court is DIRECTED to issue an amended summons which also lists "All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in The Property Described in the Complaint Adverse To Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto" as defendants;

2. Plaintiff will serve the Unknown Defendants consistent with the terms set forth in the Court's previous order (Doc. 21);

3. The scheduling conference is continued to **September 18, 2014** at 9:30 a.m.;

4. No later than **September 12, 2014**, Plaintiff SHALL file proof of service to the Unknown Defendants or file a status report explaining why this has not occurred.

IT IS SO ORDERED.

Dated:  **June 10, 2014**                **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE