UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,, <br><br> Plaintiff, <br><br> v. <br><br> GUADALUPE M. GONZALEZ, et al., <br><br> Defendants. | ) CASE NO: 1:13-cv-02100  AWI JLT <br> ) <br> ) ORDER TO PLAINTIFF TO SEEK ENTRY OF <br> ) DEFAULT AND, IF ENTERED, DEFAULT <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) |

On December 27, 2013, Plaintiff initiated this declaratory relief action, in short, to quiet title held by Plaintiff as to certain real property. (Doc. 2 at 8-9)  Plaintiff has obtained entry of default as to all named and known Defendants and has filed proof of service as to the "Unknown Defendants." (Docs. 9, 22, 31)  Based upon the foregoing, the Court **ORDERS**:

1. No later than **August 29, 2014**, Plaintiff **SHALL** seek entry of default as to the Unknown Defendants;

2. Within 45 days of the entry of default, if it occurs, Plaintiff **SHALL** file its motion for default judgment;

///

///

///

3. The scheduling conference, currently set on September 18, 2014, is **VACATED**.

IT IS SO ORDERED.

Dated:   **August 12, 2014**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE